UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHRIS TURNER, a/k/a "Kit", and
2.  WILLIAM WARREN, a/k/a "Will",

    Defendants.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, July 18, 2011** and responses to these motions shall be filed by **Wednesday, July 27, 2011.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time.  Should a hearing become necessary, the parties shall contact Chambers. It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, August 8, 2011, at 9:00 a.m. in courtroom A-1002.**

    Dated:  June 14, 2011

                      BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge