UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00228-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CHRIS TURNER, a/k/a "Kit", and
2.  **WILLIAM WARREN**, a/k/a "Will",

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant Warren has filed several pretrial motions (ECF Nos. 29, 30, and 32). Accordingly, **the jury trial set for August 8, 2011 is VACATED as to Defendant Warren.**  Once the Court receives and reviews the Government's responses to the motions, it will set an appropriate hearing on the pending motions.

      Dated:  July 20, 2011