UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **CHRIS TURNER**, a/k/a "Kit", and
2. **WILLIAM WARREN**, a/k/a "Will",

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on the pending pretrial motions is set for **Friday, October 21, 2011 at 9:00 a.m.**

    Dated:  August 19, 2011