IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.  WILLIAM WARREN**,

    Defendant.

---

# ORDER

---

Upon motion of the United States and the plea agreement in this case, and upon the Sentencing of the Defendant on Count Three, it is hereby

ORDERED that Government's Motion to Dismiss Counts, as contained in Government's Response to Defendant's Motion for Downward Departure (Document 80) and Other Government Motions (ECF Doc. No. 81), filed February 17, 2012, is **GRANTED.**  It is further

ORDERED that that Counts One and Four of the Indictment pending against Defendant, William Warren, are hereby dismissed.

Dated: May 4, 2012.

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL,
                            CHIEF UNITED STATES DISTRICT JUDGE